**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN - 7 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

TYLER DAVID WILKERSON (8),

               Defendant.

CASE NO. 12CR1243-BEN

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment:

21:841(a)(1) and 846-Conspiracy to Manufacture and Distribute

Marijuana; 21:841(a)(1) and 18:2 - Manufacture of Marijuana Plants

and Aiding and Abetting

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 4, 2013

                        David H. Bartick
                        U.S. Magistrate Judge